UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM PORTILLO                           JURY TRIAL DEMANDED

v.                                         CASE NO.  3:08cv

NATIONAL MANAGEMENT RECOVERY CORP.
JILL STANZIONE.

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Defendant Stanzione directed, operated, dominated, and controlled the policies, finances, business practices and procedures of the corporate defendant.

5. Defendants have a place of business at 5571 N. University Dr # 203, Coral Springs FL 33067-4653 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in an effort to collect a personal debt originating with Wells Fargo Bank.

6. Each Defendant's collection efforts violated 15 U.S.C. §1692e–f or -g.

SECOND COUNT

7. The allegations of the First Count are repeated and realleged.

8.      Within three years prior to the date of this action, each Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

   1.  Award plaintiff such damages as are permitted by law, including compensatory and punitive, including $1,000 statutory damages as to each defendant under the FDCPA..

   2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.  Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                        THE PLAINTIFF


                        BY_____/s/ Joanne S. Faulkner___
                        JOANNE S. FAULKNER ct04137
                            123 Avon Street
                            New Haven, CT 06511-2422
                            (203) 772-0395
                            faulknerlawoffice@snet.net